1
2
3
4
5
6

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8
9  MATTHEW VELASQUEZ

   Plaintiff(s),

   v.

   ERIC RACHMANY, et al.

   Defendant(s).

CASE NO: 2:12−cv−07304−MMM−SH

ORDER DISMISSING CIVIL ACTION

17  THE COURT having been advised by counsel that the above−entitled action has been settled;

19  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: June 24, 2013

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge

−1−